IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DALE STAFFIN,<br><br>Plaintiff,<br><br>v.<br><br>TOM BOSENKO, et al.,<br><br>Defendants. | No. 2:19-CV-01058-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On September 19, 2022, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 19, 2022, are adopted in full;

2. This action is dismissed with prejudice for failure to state a claim;

3. Plaintiff's request, ECF No. 13, is denied as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE